## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*August 17, 2006*

[Cite as *08/17/2006 Case Announcements #2*, 2006-Ohio-4275.]

## MOTION AND PROCEDURAL RULINGS

**2006–1478. Adkins v. Wilson.**
In Habeas Corpus. This cause originated in this court on the filing of a complaint for a petition for a

writ of habeas corpus. Upon consideration of the petition and the return of writ,

IT IS ORDERED by the court that the writ be granted and that the petitioner is immediately released based upon the court's decision in *Hernandez v. Kelly*, 108 Ohio St.3d 395, 2006-Ohio-126, 844 N.E.2d 301.